

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF<br>　　　v.<br>ERIC EFREN TREJO<br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>SA15-452M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

　　Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for __SEPT 2 2015__, 2015, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick, United States Magistrate Judge_, in Courtroom __6B__.

　　Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　(Other custodial officer)

Dated: __9/01/2015__　　　　　　　　　　／s／ DOUGLAS F. McCORMICK
　　　　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1