UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SAMJ 15-00452-M |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC EFREN TREJO, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant's motion for review of the Magistrate Judge's detention order and for release is **DENIED**. The Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community. The Court has considered (i) the nature and circumstances of Defendant's alleged bank robberies; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

/

/

1        The Government has presented sufficient evidence that
2   Defendant poses a very serious danger to the community.
3   Specifically, Defendant and two other individuals
4   allegedly were involved in as many as 10 bank robberies
5   in Southern California since April of this year.  These
6   robberies included "takeover" robberies and, most
7   troubling in one instance, pointing a firearm over the
8   teller desk.  All the robberies undoubtedly resulted in
9   the bank employees suffering severe emotional distress.
10  The robberies were committed with a heartless and
11  cowardly disregard for those bank employees' well-being.
12  The only reasonable way to protect the public from
13  further crimes of Defendant and assure the safety of the
14  community is to detain him.
15
16       IT IS THEREFORE ORDERED that Defendant be detained
17  prior to trial.
18
19       IT IS FURTHER ORDERED that Defendant be committed to
20  the custody of the Attorney General for confinement in a
21  corrections facility separate, to the extent practicable,
22  from persons awaiting or serving sentences or being held
23  in custody pending appeal.
24
25       IT IS FURTHER ORDERED that Defendant be afforded
26  reasonable opportunity for private consultation with
27  counsel.
28

1    IT IS FURTHER ORDERED that, on order of a Court of
2 the United States or on request of any attorney for the
3 Government, the person in charge of the corrections
4 facility in which Defendant is confined deliver Defendant
5 to a United States marshal for appearance at any future
6 court proceeding.

8 Dated: September 11, 2015

_____
HONORABLE CORMAC J. CARNEY
United States District Judge